| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **5AAB Transport, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2669928** |

| 4. | Debtor's address | **Principal place of business**  **445 Commerce Square**  **Columbus, OH 43228**  Number, Street, City, State & ZIP Code  **Franklin**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **https://5aabtransport.com/** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

Debtor **5AAB Transport, LLC**                                    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4731**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **5AAB Transport, LLC**                                                              Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment**                                       Relationship
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                  ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99                 ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor  **5AAB Transport, LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **5AAB Transport, LLC**     Case number (*if known*) _____
      Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2021**
                    MM / DD / YYYY

**X** **/s/ Navdeep Sidhu**                          **Navdeep Sidhu**
    Signature of authorized representative of debtor        Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ James A. Coutinho**                     Date   **June 21, 2021**
    Signature of attorney for debtor                                   MM / DD / YYYY

**James A. Coutinho 0082430**
Printed name

**Allen Stovall Neuman & Ashton LLP**
Firm name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone   **(614) 221-8500**      Email address   **coutinho@asnalaw.com**

**0082430 OH**
Bar number and State

Debtor  **5AAB Transport, LLC**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **5AAB Holding, LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Ohio** | When **6/21/21** | Case number, if known | | |
| Debtor | **Heavy Diesel Service, LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Ohio** | When **6/21/21** | Case number, if known | | |
| Debtor | **SJS Transport, LLC** | | Relationship to you | | **Affiliate** |
| District | **Southern District of Ohio** | When **6/21/21** | Case number, if known | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **5AAB Transport, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Expess** PO Box 0001 Los Angeles, CA 90096 | 1 (800) 528-4800 | **Business Credit Card** | | | | $47,005.17 |
| **Azuga Fleet Service** 42840 Christy St. #205 Fremont, CA 94538 | Lee Alonzo leea@azuga.com (888) 790 0715 | **Business Services** | | | | $601.82 |
| **Capital One** PO Box 85015 Richmond, VA 23285 | 1 (877) 383-4802 | **Business Credit Card** | | | | $29,920.74 |
| **CarrierNet Group Financial, Inc.** 520 W. 10th St. Sioux Falls, SD 57104 | Ryan Noonan Ryan.Noonan@CarrierNet.com (605) 306-4101 | **Receivables Factoring Services** | | $207,746.42 | $0.00 | $207,746.42 |
| **CFBank** 7000 North High Street Columbus, OH 43085 | 614-334-7979 | **PPP Loan** | | | | $39,000.00 |
| **Columbia Gas of Ohio** PO Box 4629 Carol Stream, IL 60197 | 1 (800) 344-4077 | **Business Utility Service** | | | | $1,133.00 |
| **DAT Solutions** 8405 SW Nimbus Ave. Beaverton, OR 97008 | 1 (800) 551-8847 | **Business Services** | | | | $345.72 |
| **De Lage Landen** 1111 Old Eagle School Road Wayne, PA 19087-1453 | (610) 386-5000 | **Vehicle Loans** | | | | $24,571.41 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **5AAB Transport, LLC**　　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Financial Bank** 255 East Fifth St., Ste. 700 Cincinnati, OH 45202 | Jeffrey M. Hendricks, Esq. jhendricks@graydon.law (513) 621-6464 | **Secured Loan** | | $1,154,000.00 | $0.00 | $179,000.00 |
| **Interactive Protection Services** 6500 Busch Blvd Ste 114 Columbus, OH 43229 | (614) 468-1680 | **Business Services** | | | | $160.00 |
| **Internal Revenue Service** District Director, Insolvency Section PO Box 1579 Cincinnati, OH 45201 | | **941 Tax Obligations** | | | | $2,468.25 |
| **IPFS Corporation** 1055 Broadway Kansas City, MO 64105 | (866) 412-2431 | **Business Services** | | | | $942.17 |
| **JPMorgan Chase** PO Box 15123 Wilmington, DE 19850 | (614) 248-2444 | **Business Credit Card** | | | | $29,964.69 |
| **Ohio Turnpike** PO Box 460 Berea, OH 44017 | (440) 234-2081 | **Business Services** | | | | $875.34 |
| **Prepass** 2500 South 3850 West Suite C Salt Lake City, UT 84120 | 1-800-773-7277 | **Business Services** | | | | $276.50 |
| **Rumpke** 819 Island Rd. Circleville, OH 43113 | (800) 828-8171 | **Business Services** | | | | $192.00 |
| **Sentry Select Insurance Company** 1800 North Point Drive Stevens Point, WI 54481 | (800) 473-6879 | **Business Insurance** | | | | $5,708.54 |
| **Sprint** PO Box 4181 Carol Stream, IL 60197 | (888) 211-4727 | **Business Communication Services** | | | | $890.05 |
| **Truckwin** 500 W 10th St. Sioux Falls, SD 57104 | (800) 477-2595 | **Business Services** | | | | $250.00 |

Official form 204　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

| Debtor | **5AAB Transport, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vonage**<br>**23 Main Street**<br>**Holmdel, NJ 07733** | **(732) 944-0000** | **Business Communication Services** | | | | $339.71 |

## United States Bankruptcy Court
### Southern District of Ohio

In re  **5AAB Transport, LLC**                                                                 Case No.
                                  Debtor(s)                                                    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hardeep Singh**<br>**822 Oakley Dr.**<br>**Delaware, OH 43015** |  | **50%** | **Member** |
| **Navdeep Sidhu**<br>**945 Rambling Brook Way**<br>**Delaware, OH 43015** |  | **50%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 21, 2021**                                  Signature  **/s/ Navdeep Sidhu**
                                                                    **Navdeep Sidhu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

American Expess
PO Box 0001
Los Angeles, CA 90096

Azuga Fleet Service
42840 Christy St. #205
Fremont, CA 94538

BBS Cargo, LLC
8338 Orange Station Loop
Lewis Center, OH 43035

Capital One
PO Box 85015
Richmond, VA 23285

CarrierNet Group Financial, Inc.
520 W. 10th St.
Sioux Falls, SD 57104

Central Ohio Forklifts
4150 Perimeter Dr.
Columbus, OH 43228

CFBank
7000 North High Street
Columbus, OH 43085

City of Columbus
Dept of Public Utilities
910 Dublin Road
Columbus, OH 43215-9060

Columbia Gas of Ohio
PO Box 4629
Carol Stream, IL 60197

DAT Solutions
8405 SW Nimbus Ave.
Beaverton, OR 97008

De Lage Landen
1111 Old Eagle School Road
Wayne, PA 19087-1453

First Financial Bank
255 East Fifth St., Ste. 700
Cincinnati, OH 45202

First Financial Bank
c/o Corporation Service Company
50 West Broad St., Ste. 1339
Columbus, OH 43215

Hardeep Singh
822 Oakley Dr.
Delaware, OH 43015

Interactive Protection Services
6500 Busch Blvd Ste 114
Columbus, OH 43229

Internal Revenue Service
District Director, Insolvency Section
PO Box 1579
Cincinnati, OH 45201

IPFS Corporation
1055 Broadway
Kansas City, MO 64105

J&D Carrier, LLC
3846 Schooner Ct.
Columbus, OH 43221

Jeffrey M. Hendricks, Esq.
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202

JPMorgan Chase
PO Box 15123
Wilmington, DE 19850

Kincaid Insurance Group
PO Box 278
321 Main St.
Rockport, IN 47635

Nova Trucks, LLC
2040 Sondra Ln.
Grove City, OH 43123

Ohio Turnpike
PO Box 460
Berea, OH 44017

Prepass
2500 South 3850 West Suite C
Salt Lake City, UT 84120

Rumpke
819 Island Rd.
Circleville, OH 43113

Sentry Select Insurance Company
1800 North Point Drive
Stevens Point, WI 54481

```
Sorano Apartments
12046 Clark St.
Moreno Valley, CA 92557

Sprint
PO Box 4181
Carol Stream, IL 60197

Truckwin
500 W 10th St.
Sioux Falls, SD 57104

US Attorney
303 Marconi Blvd., Ste. 200
Columbus, OH 43215

Vonage
23 Main Street
Holmdel, NJ 07733
```

# United States Bankruptcy Court
## Southern District of Ohio

In re  **5AAB Transport, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **5AAB Transport, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2021**  
Date

/s/ James A. Coutinho  
**James A. Coutinho 0082430**  
Signature of Attorney or Litigant  
Counsel for   **5AAB Transport, LLC**  
**Allen Stovall Neuman & Ashton LLP**  
**17 South High Street**  
**Suite 1220**  
**Columbus, OH 43215**  
**(614) 221-8500 Fax:(614) 221-5988**  
**coutinho@asnalaw.com**