**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **CASE NO.  21-52150** |
| | ) | |
| **5AAB TRANSPORT, LLC, et al.** | ) | **CHAPTER 11 (Jointly Administered)** |
| | ) | |
| **Debtor(s).** | ) | **JUDGE HOFFMAN** |
| | ) | |

**SUBCHAPTER V TRUSTEE'S REPORT OF THIRD DISTRIBUTION, NOTICE OF UNDELIVERABLE CHECK, AND NOTICE OF RECEIPT OF CREDITOR REFUND**

Matthew T. Schaeffer, Subchapter V Trustee (the "Trustee"), submits this *Report of Third Distribution, Notice of Undeliverable Check, and Notice of Receipt of Creditor Refund.*

**I.      THE PLAN & THE THIRD DISTRIBUTION**

5AAB Transport, LLC, SJS Transport, LLC, and Heavy Diesel Service, LLC (the "Debtors") commenced their Subchapter V cases on June 21, 2021.  The cases are jointly administered, and the Debtors' Joint Plan of Liquidation (Doc. 127, the "Plan") was confirmed on December 19, 2022 (Doc. 145).

**A.  The Plan**

The Plan contemplates a 100% distribution following the sale of the Real Estate (as defined by the Plan) of a non-Subchapter V debtor affiliate, 5AAB Holding, LLC.  Under the Plan, the Subchapter V Debtors are required to fund Plan payments through revenues derived from the Heavy Diesel Service, LLC, while the Debtors market the Real Estate for sale.  The sale proceeds will then be used to pay the unpaid amount of the allowed claims.  The Plan requires the Debtors to "use their best efforts to sell the Real Estate within 12 months of the Effective Date." (Plan, § 6.01).  The Effective Date of the Plan was February 1, 2023.

4856-9989-8266v1

In the fall of 2023, the Trustee received notice that the Debtors hoped to sell the Real Estate by December 31, so the Trustee held the Third Distribution (to be made in November of 2023) to save administrative costs. However, a sale was not closed, so the Trustee made the distribution on January 3, 2024. The Debtors have advised the Trustee that the Real Estate might not sell before January 31, 2024 (i.e., one year from the Effective Date), and that the Debtors are still working on a potential sale. The Trustee does not consider the 12-month period indicated in the Plan to be a firm deadline and instead considers the period to be an aspirational goal that the Debtors would make their best efforts to sell the Real Estate within 12 months. As long as the Real Estate does not suffer a material adverse change that will affect the 100% distribution, the Debtors continue making payments under the Plan, and the Debtors continue to take efforts to sell the Real Estate, the Trustee believes that the 12-month period does not trigger a Plan default.

## B.  The Allowed Claims

The Trustee: (1) reviewed the Schedules, all amendments, and the Proofs of Claim filed in the Cases; and (2) consulted with the Debtor's counsel with respect to certain disputed claims.

The Trustee is making the following Third Distribution payments under the Plan:

### 1.      Article 2 Claims (Tax Priority):

| Class | Claimant | Source of Allowed Claim | Amount of Claim | Treatment |
|---|---|---|---|---|
| Article 2 | Internal Revenue Service - Priority Portion | Plan - Article 2. There is a discrepancy in amount between the Plan and the filed claims of the claimant. The Subchapter V Trustee will make payments in accordance with the Plan. | $22,667.42 | $1,800 per Quarter - 6% per annum |
| Article 2 | Ohio Department of Taxation - Priority Portion | Plan - Article 2.  The Plan amount is consistent with the Claimant's proofs of claim. | $3,141.96 | $250.07 per Quarter - 6% per annum |

2

4856-9989-8266v1

As of the date of this filing, the Trustee has made the Third Quarterly Distribution to the Article 2 Claimants.  The Trustee will continue making distributions to the Article 2 Claimants in the above amounts.

### 2.  Class 1 Claim (Priority):

| Class | Claimant | Source of Allowed Claim | Amount of Claim | Treatment |
|---|---|---|---|---|
| 1 | Ohio Dept. of Job & Family Services | Heavy Diesel Service, LLC Claim No. 4 | $972.00 | Unimpaired – To be paid in full before Class 3 Claims are paid |

The Plan did not contemplate any Class 1 Claims; however, the Class 1 Claimant has filed a priority claim in the amount of $972.00.  The Trustee paid the Class 1 Claim in full in the First Distribution, and there will be no further payments to the Class 1 Claimant.

### 3.  Class 2 Claim (Secured):

| Class | Claimant | Source of Allowed Claim | Amount of Claim | Treatment |
|---|---|---|---|---|
| 2 | Small Business Administration - Secured | Plan - Article 2. The Plan amount is consistent with the Claimant's proofs of claim. | $175,500.00 | $2,393.70 per Quarter - 3.6% per annum |

The Plan specifies quarterly distributions of $2,393.70 to the Class 2 Claimant.  Two other claimants filed secured claims,[1] and those claims will not be paid through the Plan.  The

---

[1] Carrier Net Financial Inc. filed Claim No. 9 in the amount of $223,891.97 in the 5AAB Transport, LLC case.  De Lage Landen Financial Services Inc filed Claim No. 10 in the amount of $44,811.00 in the 5AAB Transport, LLC case.  The Trustee believes that both of these claims were satisfied when 5AAB Transport, LLC sold its fleet.  Regardless, the Trustee will make no distributions to these claimants as such distributions were not provided in the Plan.

4856-9989-8266v1

Trustee has made the Third Distribution to the Class 2 Claimant and will continue making such distributions.

**4.      Class 3 (General Unsecured Claims)**

| Class | Claimant | Source of Allowed Claim | Amount of Claim | Treatment | Allowed Amount for Purposes of Distribution Under the Plan | Pro Rata Percentage of Each Class 3 Distribution |
|---|---|---|---|---|---|---|
| 3 | Advance Stores Company Incorporated | 5AAB Transport - Claim 1 | $5,126.75 | Unsecured | $5,126.75 | 2.09% |
| 3 | JPMorgan Chase Bank, N.A. | 5AAB Transport - Claim 2 (replaces two listings on 5AAB Transport, Schedule E/F (Doc. 69)) | $30,342.54 | Unsecured | $30,342.54 | 12.39% |
| 3 | The City of Columbus | 5AAB Transport - Claim 3 (replaces 5AAB Transport, Schedule E/F (Doc. 69)) | $722.64 | Unsecured | $722.64 | 0.30% |
| 3 | American Express National Bank | 5AAB Transport - Claim 4 (replaces 5AAB Transport, Schedule E/F (Doc. 69)) | $47,919.20 | Unsecured | $47,919.20 | 19.56% |
| 3 | Ohio Department of Taxation | 5AAB Transport - Claim 5 | $86.59 | Unsecured | $86.59 | 0.04% |
| 3 | Internal Revenue Service | 5AAB Transport - Claim 6 (replaces 5AAB Transport, Schedule E/F (Doc. 69)) | $2,547.09 | Unsecured | $2,547.09 | 1.04% |
| 3 | Ohio Power Company dba AEP Ohio American Electric Power | 5AAB Transport - Claim 8 | $684.94 | Claim was satisfied under the Utility Order (See. Doc. 156) | $0.00 | 0.00% |
| 3 | Public Utilities Commission of Ohio | 5AAB Transport - Claim 12 | 824.79 | Unsecured | $824.79 | $0.00 |
| 3 | Azuga Fleet Service | 5AAB Transport, Schedule E/F (Doc. 69) | $601.82 | Unsecured | $601.82 | 0.25% |
| 3 | BBS Cargo, LLC | 5AAB Transport, Schedule E/F (Doc. 69) | $0.00 | Unsecured | $0.00 | 0.00% |
| 3 | Capital One | 5AAB Transport, Schedule E/F (Doc. 69) | $29,920.74 | Unsecured | $29,920.74 | 12.21% |

4

| 3 | CFBank | 5AAB Transport, Schedule E/F (Doc. 69) | $39,000.00 | Unsecured | $39,000.00 | 15.92% |
|---|---|---|---|---|---|---|
| 3 | Columbia Gas of Ohio | 5AAB Transport, Schedule E/F (Doc. 69) | $1,133.00 | Unsecured | $1,133.00 | 0.46% |
| 3 | Cubework.com, Inc. | 5AAB Transport, Schedule E/F (Doc. 69) | $0.00 | Unsecured | $0.00 | 0.00% |
| 3 | DAT Solutions | 5AAB Transport, Schedule E/F (Doc. 69) | $345.72 | Unsecured | $345.72 | 0.14% |
| 3 | Hardeep Singh | 5AAB Transport, Schedule E/F (Doc. 69) | $19,000.00 | Unsecured | $19,000.00 | 7.76% |
| 3 | Interactive Protection Services | 5AAB Transport, Schedule E/F (Doc. 69) | $160.00 | Unsecured | $160.00 | 0.07% |
| 3 | IPFS Corporation | 5AAB Transport, Schedule E/F (Doc. 69) | $942.17 | Unsecured | $942.17 | 0.38% |
| 3 | J&D Carrier, LLC | 5AAB Transport, Schedule E/F (Doc. 69) | $0.00 | Unsecured | $0.00 | 0.00% |
| 3 | Nova Trucks, LLC | 5AAB Transport, Schedule E/F (Doc. 69) | $0.00 | Unsecured | $0.00 | 0.00% |
| 3 | Ohio Turnpike | 5AAB Transport, Schedule E/F (Doc. 69) | $875.34 | Unsecured | $875.34 | 0.36% |
| 3 | Prepass | 5AAB Transport, Schedule E/F (Doc. 69) | $276.50 | Unsecured | $276.50 | 0.11% |
| 3 | Rumpke | 5AAB Transport, Schedule E/F (Doc. 69) | $192.00 | Unsecured | $192.00 | 0.08% |
| 3 | Schahal Singh | 5AAB Transport, Schedule E/F (Doc. 69) | Unknown | Unsecured | $0.00 | 0.00% |
| 3 | Sentry Select Insurance Company | 5AAB Transport, Schedule E/F (Doc. 69) | $5,708.54 | Claim was satisfied under the Critical Vendor Order (See. Doc. 156) | $0.00 | 0.00% |
| 3 | Sprint | 5AAB Transport, Schedule E/F (Doc. 69) | $890.05 | Unsecured | $890.05 | 0.36% |
| 3 | Truckwin | 5AAB Transport, Schedule E/F (Doc. 69) | $250.00 | Unsecured | $250.00 | 0.10% |
| 3 | Vonage | 5AAB Transport, Schedule E/F (Doc. 69) | $339.71 | Unsecured | $339.71 | 0.14% |
| 3 | 5AAB Transport | SJS Transport, LLC, Schedule E/F (Doc. 17) | $46,280.88 | The Trustee believes that intercompany claims were not intended to be paid under the Plan. | $0.00 | 0.00% |

4856-9989-8266v1

| 3 | Daniel H. Golden, as Liquidating Trustee of the DFC Liquidating Trust | SJS Transport, LLC Claim - 1 | $201,916.00 | The Claim will not be paid through the Plan.  The Claim was settled by the Debtor. | $0.00 | 0.00% |
| 3 | 1st Ayd Corporation | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $1,524.64 | Unsecured | $1,524.64 | 0.62% |
| 3 | 5AAB Transport, LLC 445 Commerce Columbus, OH 43228 | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $1,991.56 | The Trustee believes that intercompany claims were not intended to be paid under the Plan. | $0.00 | 0.00% |
| 3 | Advance Auto Parts | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $5,126.75 | The claim listing is a duplicate of Advance Store Company [filed as Claim No. 1 in 5AAB Transport]. | $0.00 | 0.00% |
| 3 | Airgas USA LLC | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $124.00 | Unsecured | $124.00 | 0.05% |
| 3 | Aramark | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $1,705.56 | Unsecured | $1,705.56 | 0.70% |
| 3 | BestDrive Commercial Tire | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $2,798.30 | Unsecured | $2,798.30 | 1.14% |
| 3 | Capital One Bank (USA), N.A. by American InfoSource as agent | Heavy Diesel Service, LLC - Claim 2 (replaces listing on Schedule E/F (Doc. 19)) | $30,783.82 | Unsecured | $30,783.82 | 12.57% |
| 3 | CFBank | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $20,000.00 | This is a PPP loan which was forgiven. | $0.00 | 0.00% |
| 3 | Glockner Oil Company | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $3,913.57 | Claim was satisfied under the Critical Vendor Order (See. Doc. 156) | $0.00 | 0.00% |
| 3 | Goodyear Tire | Heavy Diesel Service, LLC Schedule  E/F (Doc. 19) | $2,800.00 | Unsecured | $2,800.00 | 1.14% |
| 3 | Internal Revenue Service | Heavy Diesel Service, LLC - Claim 3 (replaces listing on Schedule E/F (Doc. | $9,250.47 | Unsecured | $9,250.47 | 3.78% |

4856-9989-8266v1

| | | | | | |
|---|---|---|---|---|---|
| | | 19)) | | | |
| 3 | NAPA Auto Parts | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $200.87 | Unsecured | $200.87 | 0.08% |
| 3 | Ohio Department of Taxation- Bankruptcy Div | Heavy Diesel Service, LLC - Claim 1 (replaces listing on Schedule E/F (Doc. 19)) | $10,060.61 | Unsecured | $10,060.61 | 4.11% |
| 3 | Parts Distributing Company | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $3,927.28 | Unsecured | $3,927.28 | 1.60% |
| 3 | Spectrum Business | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $181.20 | Unsecured | $181.20 | 0.07% |
| 3 | Ohio Dept. of Job & Family Services | Heavy Diesel Service, LLC Claim - 4 | $100.00 | Unsecured | $100.00 | 0.04% |
| | | | | **Total** | **$244,953.40** | 100.00% |

The above chart shows the allowed claims and distributions for the Class 3 general unsecured claims.  The Trustee has paid only the allowed claimants listed in the above chart, *pro rata* to each claimant's share of the allowed claims pool.  Pursuant to Section 6.05 of the Plan, if any distributions are less than $50, the payment is being held until the next quarter.  The amounts of the Third Distribution to each of the Class 3 Claimants are listed on Exhibit A, attached.

II.      **NOTICE OF UNDELIVERABLE CHECK**

A distribution check made out to Capital One and sent to P.O. Box 85015, Richmond, VA 23285, was returned to the Trustee.  The U.S. Postal Services advises that the post office box has been closed.  Pursuant to § 6.05 of the Plan, the Trustee hereby gives Notice of the undeliverable check.  No further distributions will be made on that Claim unless a new notice of address is filed.

7

4856-9989-8266v1

### III.    NOTICE OF REFUND CHECK

The Trustee is in receipt of a check from Capital One N.A. in the amount of $2,997.39. The check's "memo" line states "2152150 Pymt Rfnd 0047121." (the "Refund").  The Trustee has deposited the funds into the estate account.   The Trustee has received no further communication from Capital One, and the Trustee cannot determine what, if any, Allowed Claim this payment refund may relate to.  Unless otherwise ordered, the Trustee will hold the Refund until the sale of the Real Estate and either (i) pay the proceeds of the Refund as part of the final distribution under the Plan or (ii) disburse the excess proceeds to 5AAB Transport, LLC, at that time.

Respectfully submitted,

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer, Subchapter V Trustee
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
614.229.3289
mschaeffer@baileycav.com

SUBCHAPTER V TRUSTEE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Subchapter V Trustee's Report of Third Distribution, Notice of Undeliverable Check, and Notice of Receipt of Creditor Refund* was served on January 3, 2024, as follows: (1) electronically through the Court's ECF System on all ECF participants registered in the case at the email address registered with the Court; and (2) via first class, U.S. Mail upon all parties listed on the attached Mailing Matrices.

*/s/ Matthew T. Schaeffer*
Matthew T. Schaeffer

4856-9989-8266v1

Label Matrix for local noticing
0648-2
Case 2:21-bk-52150
Southern District of Ohio
Columbus
Wed Jan  3 10:58:58 EST 2024

1st Ayd Corporation
PO Box 5298
Elgin, IL 60121-5298

5AAB Holding,LLC
445 Commerce Dr.
Columbus, OH 43228-2107

5AAB Transport, LLC
445 Commerce Square
Columbus, OH 43228-2107

5AAB Transport, LLC; SJS
Transport, LLC; Heavy Diesel
Service & 5AAB Holding, LLC
445 Commerce Square
Columbus, OH 43228-2107

Advance Auto Parats
PO Box 742063
Atlanta, GA 30374-2063

Advance Stores Company Incorporated
5008 Airport Road
Roanoke, VA 24012-1601

Airgas USA LLC
22 Marietta Rd.
Chillicothe, OH 45601-9433

Thomas R Allen
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

(p)AMERICAN ELECTRIC POWER
ATTN JASON E REID
1 RIVERSIDE PLAZA 13TH FLOOR
COLUMBUS OH 43215-2373

American Expess
PO Box 0001
Los Angeles, CA 90096-0001

American Express
PO Box 0001
Los Angeles, CA 90096-0001

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aramark
PO Box 731676
Dallas, TX 75373-1676

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Azuga Fleet Service
42840 Christy St. #205
Fremont, CA 94538-3154

BBS Cargo, LLC
8338 Orange Station Loop
Lewis Center, OH 43035-7295

BestDrive Commercial Tire
3315 Urbancrest Industrial Dr.
Grove City, OH 43123-1783

CFBank
7000 North High Street
Columbus, OH 43085-2500

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

CarrierNet Group Financial Inc.
PO Box 442
Madison, SD 57042-0442

CarrierNet Group Financial, Inc.
520 W. 10th St.
Sioux Falls, SD 57104-3620

CarrierNet Group Financial, Inc.
c/o David Jencks, Esq.
Jencks Law, P.C.
121 North Egan, PO Box 442
Madison, SD 57042-0442

Central Ohio Forklifts
4150 Perimeter Dr.
Columbus, OH 43228-1049

City of Columbus
Cols. City Attorney, Zone Initiative
375 South High Street, 17th Floor
Columbus, OH 43215-4520

(p)CITY OF COLUMBUS
ATTN DEPARTMENT OF PUBLIC UTILITIES
910 DUBLIN RD
4TH FLOOR
COLUMBUS OH 43215-1169

(p)COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

(p)COLUMBIA GAS OF OHIO
ATTN REVENUE RECOVERY
PO BOX 117
COLUMBUS OH 43216-0117

James A Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

Cubework.com, Inc.
900 Turnbull Canyon Road
Hacienda Heights, CA 91745-1404

9

(p)DAT SOLUTIONS
8405 SW NIMBUS AVE
BEAVERTON OR 97008-7185

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

First Financial Bank
255 East Fifth St., Ste. 700
Cincinnati, OH 45202-4138

First Financial Bank
c/o Corporation Service Company
50 West Broad St., Ste. 1339
Columbus, OH 43215-3301

First Financial Bank
c/o Jeffrey M. Hendricks, Esq.
Graydon Head & Ritchey, LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202-3157

Jeremy Shane Flannery
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Brian M Gianangeli
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, OH 43016-3241

Glockner Oil Company
Piketon Operation L#3528
2144 John Glenn Ave.
Columbus, OH 43217-1154

Goodyear Tire
1950 Hendrix Dr.
Grove City, OH 43123-1215

Hardeep Singh
822 Oakley Dr.
Delaware, OH 43015-3548

Heavy Diesel Service, LLC
445 Commerce
Columbus, OH 43228-2107

Jeffrey M Hendricks
Bricker Graydon LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45202-4060

Corey M Hoover
4215 Worth Ave., Suite 230
Columbus, OH 43219-1546

IPFS Corporation
1055 Broadway
Kansas City, MO 64105

Interactive Protection Services
6500 Busch Blvd Ste 114
Columbus, OH 43229-8243

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

J&D Carrier, LLC
3846 Schooner Ct.
Columbus, OH 43221-4814

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

James A. Coutinho, Esq.
Allen Stovall Neuman & Ashton LLP
17 S. High St., Ste. 1220
Columbus, OH 43215-3441

Jeffrey M. Hendricks, Esq.
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202-3157

Jeremy Shane Flannery, Esq.
Office of the U.S. Trustee
17 N. High St., Ste. 200
Columbus, OH 43215

Kincaid Insurance Group
PO Box 278
321 Main St.
Rockport, IN 47635-1417

Matthew T. Schaeffer
Bailey Cavalieri, LLC
10 W. Broad St., Suite 2100
Columbus, OH 43215-3455

Meritex Properties, LLC
2218 Dividend Drive
Columbus, OH 43228-3808

NAPA Auto Parts
3492 Sullivant Ave.
Columbus, OH 43204-1105

Navdeep Singh
945 Rambling Brook Way
Delaware, OH 43015-8025

Nova Trucks, LLC
2040 Sondra Ln.
Grove City, OH 43123-4725

Ohio Department of Taxation
Ohio Department of Taxation, Bankruptcy
P.O. Box 530
Columbus, OH 43216-0530

Ohio Dept. of Taxation
150 E. Gay Street, 21st Floor
Columbus, OH 43215-3191

10

4856-9989-8266v1

Ohio Turnpike
PO Box 460
Berea, OH 44017-0460

Parts Distributing Company
600 Las Colinas Blvd., Suite 400
Irving, TX 75039-5637

Prepass
2500 South 3850 West Suite C
Salt Lake City, UT 84120-5586

Public Utilities Commission of Ohio
180 E. Broad St.
Columbus, OH 43215-3763

Richard K Stovall, Esq.
Allen Stovall Neuman & Ashton LLP
17 S. High St., Ste. 1220
Columbus, OH 43215-3441

Rumpke
819 Island Rd.
Circleville, OH 43113-9594

SJS Transport, LLC
445 Commerce
Columbus, OH 43228-2107

Sentry Select Insurance Company
1800 North Point Drive
Stevens Point, WI 54481-1283

Soaring Helmet Corp, dba Vega Helmet
18235 Olympic Ave. S.
Seattle, WA 98188-4722

Sorano Apartments
12046 Clark St.
Moreno Valley, CA 92557-8532

Spectrum Business
4145 S. Falkenburg Rd.
Riverview, FL 33578-8652

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Sprint
c/o American Inforsource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118-7901

Statewide Logistics, LLC
445 Commerce
Columbus, OH 43228-2107

Richard K Stovall
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

THE CITY OF COLUMBUS
DEPARTMENT OF PUBLIC UTILITIES
910 DUBLIN RD, 4TH FLR
COLUMBUS, OH 43215-9060

Thomas R. Allen, Esq.
Allen Stovall Neuman & Ashton LLP
17 S. High St., Ste. 1220
Columbus, OH 43215-3441

Truckwin
500 W 10th St.
Sioux Falls, SD 57104-3620

U.S. Small Business Administration
65 East State Street, Suite 1350
Columbus, OH 43215-4237

US Attorney
303 Marconi Blvd., Ste. 200
Columbus, OH 43215-2840

Vonage
23 Main Street
Holmdel, NJ 07733-2136

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Electric Power
PO Box 24401
Canton, OH 44701-4401

(d)Capital One
PO Box 85015
Richmond, VA 23285

City of Columbus
Dept of Public Utilities
910 Dublin Road
Columbus, OH 43215-9060

Columbia Gas of Ohio
Attn: Revenue Recovery
PO Box 117
Columbus, OH 43216-0117

Columbia Gas of Ohio
PO Box 4629
Carol Stream, IL 60197

DAT Solutions
8405 SW Nimbus Ave.
Beaverton, OR 97008

11

4856-9989-8266v1

De Lage Landen
1111 Old Eagle School Road
Wayne, PA 19087-1453

(d)De Lage Landen Financial
Attn: Litigation & Recovery
1111 Old Eagle School Road
Wayne, PA 19087-1453

(d)De Lage Landen Financial Services Inc
1111 Old Eagle School Road
Wayne, PA 19087


(d)Internal Revenue Service
District Director, Insolvency Section
PO Box 1579
Cincinnati, OH 45201

JPMorgan Chase
PO Box 15123
Wilmington, DE 19850

(d)JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane floor 001
Monroe, LA 71203-4774


(d)Ohio Power Company dba AEP Ohio
American Electric Power
Attn:  Dwight C. Snowden
1 Riverside Plaza
Columbus, OH 43215

Sprint
PO Box 4181
Carol Stream, IL 60197


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)First Financial Bank

(u)Ohio Department of Taxation

(d)Matthew T. Schaeffer
Bailey Cavalieri LLC
10 W. Broad St., Suite 2100
Columbus, OH 43215-3455


End of Label Matrix
Mailable recipients    80
Bypassed recipients     3
Total                  83

4856-9989-8266v1

Label Matrix for local noticing
0648-2
Case 2:21-bk-52151
Southern District of Ohio
Columbus
Wed Jan  3 10:55:20 EST 2024

CarrierNet Group Financial, Inc.
520 W. 10th St.
Sioux Falls, SD 57104-3620


David Jencks, Esq.
Jencks Law, P.C.
121 North Egan, PO Box 442
Madison, SD 57042-0442


Jeremy Shane Flannery
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

SJS Transport, LLC
445 Commerce Square
Columbus, OH 43228-2107


(p)US SMALL BUSINESS ADMINISTRATION
65 EAST STATE STREET SUITE 1350
COLUMBUS OH 43215-4237

Thomas R Allen
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469


James A Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469


First Financial Bank
255 East Fifth St., Ste. 700
Cincinnati, OH 45202-4138


Jeffrey M Hendricks
Bricker Graydon LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45202-4060

Matthew T. Schaeffer
Bailey Cavalieri LLC
10 W. Broad St., Suite 2100
Columbus, OH 43215-3455

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417


Daniel H. Golden
Liquidating Trustee for DFC Liquidating
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul MN 55121-1169


First Financial Bank
c/o Corporation Service Company
50 West Broad St., Ste. 1339
Columbus, OH 43215-3301


Jeffrey M. Hendricks, Esq.
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202-3157


Richard K Stovall
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


US Small Business Administration
Philip D. Morrison
65 E State St, Suite 1350
Columbus, OH 43215



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)First Financial Bank

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16


13

4856-9989-8266v1

Label Matrix for local noticing
0648-2
Case 2:21-bk-52152
Southern District of Ohio
Columbus
Wed Jan  3 10:55:54 EST 2024

1st Ayd Corporation
PO Box 5298
Elgin, IL 60121-5298

Advance Auto Parts
PO Box 742063
Atlanta, GA 30374-2063

Airgas USA LLC
22 Marietta Rd,Chillicothe,OH,45601
Chillicothe, OH 45601-9433

Thomas R Allen
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

Aramark
PO Box 731676
Dallas, TX 75373-1676

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

BestDrive Commercial Tire
3315 Urbancrest Industrial Dr.
Grove City, OH 43123-1783

CFBank
7000 North High Street
Columbus, OH 43085-2500

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank USA NA
by American InfoSource as agent
PO Box 71083
Charlotte NC  282721083

Central Ohio Forklifts
4150 Perimeter Dr.
Columbus, OH 43228-1049

James A Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

First Financial Bank
255 East Fifth St., Ste. 700
Cincinnati, OH 45202-4138

First Financial Bank
c/o Corporation Service Company
50 West Broad St., Ste. 1339
Columbus, OH 43215-3301

Jeremy Shane Flannery
Office of the United States Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Glockner Oil Company
Piketon Operation L#3528
Columbus, OH 43260-0001

Goodyear Tire
1950 Hendrix Dr.
Grove City, OH 43123-1215

Heavy Diesel Service, LLC
445 Commerce Square
Columbus, OH 43228-2107

Jeffrey M Hendricks
Bricker Graydon LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45202-4060

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey M. Hendricks, Esq.
Graydon Head & Ritchey LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202-3157

NAPA Auto Parts
3492 Sullivant Ave
Columbus, OH 43204-1105

Ohio Attorney General
30 E. Broad Street, 17th Floor
Columbus, OH 43215-3414

Ohio Department of Taxation
21st Floor
150 E. Gay Street
Columbus, OH 43215-3191

Ohio Department of Taxation
Ohio Department of Taxation, Bankruptcy
P.O. Box 530
Columbus, OH 43216-0530

Ohio Dept. of Job & Family Services
Attn: OUIO - Tax Appeals
P.O. Box 182830
Columbus, OH 43218-2830

Parts Distributing Company
600 LasColinas Blvd., Suite 400
Irving, TX 75039-5637

Matthew T. Schaeffer
Bailey Cavalieri LLC
10 W. Broad St., Suite 2100
Columbus, OH 43215-3455

14

4856-9989-8266v1

Sorano Apartments
12046 Clark St.
Moreno Valley, CA 92557-8532

Spectrum Business
4145 S Falkenburg Rd.
Riverview, FL 33578-8652

Richard K Stovall
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469

US Attorney
303 Marconi Blvd., Ste. 200
Columbus, OH 43215-2840

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
PO Box 85015
Richmond, VA 23285

Internal Revenue Service
District Director, Insolvency Section
PO Box 1579
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Financial Bank

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34

15

4856-9989-8266v1

EXHIBIT A

**CHART OF THIRD DISTRIBUTION PAYMENTS TO CLASS 3 (A shaded box indicates that payment is being held because it is less than $50 or it is**

| Class | Claimant | Source of Allowed Claim | Amount of Claim | Allowed Amount for Purposes of Distribution Under the Plan | Pro Rata Percentge of Each Class 3 Distribution | Combined First & Second Distribution | Third Distribution - Pro Rata | Total Amount Held / Not Distributed in Third Distribution | Third Distribution | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Advance Stores Company Incorporated | 5AAB Transport - Claim 1 | $5,126.75 | $5,126.75 | 2.49% | $56.90 | $40.54 | $40.54 | $0.00 | |
| 3 | JPMorgan Chase Bank, N.A. | 5AAB Transport - Claim 2 (replaces two listings on 5AAB Transport, Schedule E/F (Doc. 69)) | $30,342.54 | $30,342.54 | 14.73% | $336.74 | $239.95 | $0.00 | $239.95 | |
| 3 | The City of Columbus | 5AAB Transport - Claim 3 (replaces 5AAB Transport, Schedule E/F (Doc. 69)) | $722.64 | $722.64 | 0.35% | $8.02 | $5.71 | $13.73 | $0.00 | |
| 3 | American Express National Bank | 5AAB Transport - Claim 4 (replaces 5AAB Transport, Schedule E/F (Doc. 69)) | $47,919.20 | $47,919.20 | 23.27% | $531.81 | $378.95 | $0.00 | $378.95 | |
| 3 | Ohio Department of Taxation | 5AAB Transport - Claim 5 | $86.59 | $86.59 | 0.04% | $0.96 | $0.68 | $1.65 | $0.00 | |
| 3 | Internal Revenue Service | 5AAB Transport - Claim 6 (replaces 5AAB Transport, Schedule E/F (Doc. 69)) | $2,547.09 | $2,547.09 | 1.24% | $28.27 | $20.14 | $48.41 | $0.00 | |
| 3 | Public Utilities Commission of Ohio | 5AAB Transport - Claim 12 | 824.79 | $824.79 | 0.40% | $9.15 | $6.52 | $15.68 | $0.00 | |
| 3 | Azuga Fleet Service | 5AAB Transport, Schedule E/F (Doc. 69) | $601.82 | $601.82 | 0.29% | $6.68 | $4.76 | $11.44 | $0.00 | |
| 3 | Capital One | 5AAB Transport, Schedule E/F (Doc. 69) | $29,920.74 | $29,920.74 | 14.53% | $332.06 | $236.62 | $568.68 | $0.00 | Undeliverable |
| 3 | Columbia Gas of Ohio | 5AAB Transport, Schedule E/F (Doc. 69) | $1,133.00 | $1,133.00 | 0.55% | $12.57 | $8.96 | $21.53 | $0.00 | |
| 3 | DAT Solutions | 5AAB Transport, Schedule E/F (Doc. 69) | $345.72 | $345.72 | 0.17% | $3.84 | $2.73 | $6.57 | $0.00 | |
| 3 | Hardeep Singh | 5AAB Transport, Schedule E/F (Doc. 69) | $19,000.00 | $19,000.00 | 9.23% | $210.86 | $150.25 | $0.00 | $150.25 | |
| 3 | Interactive Protection Services | 5AAB Transport, Schedule E/F (Doc. 69) | $160.00 | $160.00 | 0.08% | $1.78 | $1.27 | $3.04 | $0.00 | |
| 3 | IPFS Corporation | 5AAB Transport, Schedule E/F (Doc. 69) | $942.17 | $942.17 | 0.46% | $10.46 | $7.45 | $17.91 | $0.00 | |
| 3 | Ohio Turnpike | 5AAB Transport, Schedule E/F (Doc. 69) | $875.34 | $875.34 | 0.43% | $9.71 | $6.92 | $16.64 | $0.00 | |
| 3 | Prepass | 5AAB Transport, Schedule E/F (Doc. 69) | $276.50 | $276.50 | 0.13% | $3.07 | $2.19 | $5.26 | $0.00 | |
| 3 | Rumpke | 5AAB Transport, Schedule E/F (Doc. 69) | $192.00 | $192.00 | 0.09% | $2.13 | $1.52 | $3.65 | $0.00 | |
| 3 | Sentry Select Insurance Company | 5AAB Transport, Schedule E/F (Doc. 69) | $5,708.54 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | |
| 3 | Sprint | 5AAB Transport, Schedule E/F (Doc. 69) | $890.05 | $890.05 | 0.43% | $9.88 | $7.04 | $16.92 | $0.00 | |
| 3 | Truckwin | 5AAB Transport, Schedule E/F (Doc. 69) | $250.00 | $250.00 | 0.12% | $2.77 | $1.98 | $4.75 | $0.00 | |
| 3 | Vonage | 5AAB Transport, Schedule E/F (Doc. 69) | $339.71 | $339.71 | 0.16% | $3.77 | $2.69 | $6.46 | $0.00 | |
| 3 | 1st Ayd Corporation | Heavy Diesel Service, LLC Schdule E/F (Doc. 19) | $1,524.64 | $1,524.64 | 0.74% | $16.92 | $12.06 | $28.98 | $0.00 | |
| 3 | Airgas USA LLC | Heavy Diesel Service, LLC Schdule E/F (Doc. 19) | $124.00 | $124.00 | 0.06% | $1.38 | $0.98 | $2.36 | $0.00 | |
| 3 | Aramark | Heavy Diesel Service, LLC Schdule E/F (Doc. 19) | $1,705.56 | $1,705.56 | 0.83% | $18.93 | $13.49 | $32.42 | $0.00 | |

| | Creditor | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BestDrive Commercial Tire | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $2,798.30 | $2,798.30 | 1.36% | $31.06 | $22.13 | 0 | $53.18 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource as agent | Heavy Diesel Service, LLC - Claim 2 (replaces listing on Schedule E/F (Doc. 19) | $30,783.82 | $30,783.82 | 14.95% | $341.64 | $243.44 | $0.00 | $243.44 |
| 3 | Goodyear Tire | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $2,800.00 | $2,800.00 | 1.36% | $31.07 | $22.14 | 0 | $53.22 |
| 3 | Internal Revenue Service | Heavy Diesel Service, LLC - Claim 3 (replaces listing on Schedule E/F (Doc. 19)) | $9,250.47 | $9,250.47 | 4.49% | $102.66 | $73.15 | $0.00 | $73.15 |
| 3 | NAPA Auto Parts | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $200.87 | $200.87 | 0.10% | $2.23 | $1.59 | $3.82 | $0.00 |
| 3 | Ohio Department of Taxation-Bankruptcy Div | Heavy Diesel Service, LLC - Claim 1 (replaces listing on Schedule E/F (Doc. 19)) | $10,060.61 | $10,060.61 | 4.88% | $111.65 | $79.56 | $0.00 | $79.56 |
| 3 | Parts Distributing Company | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $3,927.28 | $3,927.28 | 1.91% | $43.58 | $31.06 | $0.00 | $74.64 |
| 3 | Spectrum Business | Heavy Diesel Service, LLC Schedule E/F (Doc. 19) | $181.20 | $181.20 | 0.09% | $2.01 | $1.43 | $3.44 | $0.00 |
| 3 | Ohio Dept. of Job & Family Services | Heavy Diesel Service, LLC Claim - 4 | $100.00 | $100.00 | 0.05% | $1.11 | $0.79 | $1.90 | $0.00 |
| | | | | | | | $875.75 | | $1,346.36 |